FILED
APR 18 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON JR.)**

| UNITED STATES OF AMERICA, | ) | Case No. 10CR5178-GT |
|---|---|---|
| Plaintiff, | ) | |
| | ) | DATE:    APRIL 19, 2011 |
| v. | ) | TIME:    9:00 am |
| | ) | |
| CARLOS ARMANDO GARCIA, | ) | ORDER ON JOINT MOTION TO |
| | ) | CONTINUE SENTENCING HEARING |
| Defendant. | ) | |

**IT IS HEREBY ORDERED**, upon joint motion of the parties and good cause appearing therefore, that the sentencing hearing currently scheduled for April 19, 2011, be rescheduled to Tuesday, **May 17, 2011, at 9:00 a.m.** for sentencing hearing.

**IT IS FURTHER ORDERED**, that all other dates be vacated.

DATED: 4-18-11

HONORABLE GORDON THOMPSON JR.
UNITED STATES DISTRICT COURT JUDGE